**STATE of Missouri, Respondent,**

v.

**Rico Ricardo PAUL, Appellant.**

No. ED 100453

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: May 5, 2015

Gwenda Renee Robinson, Missouri Public Defender, Office B/Area 68, 1010 Market Street, Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## *ORDER*

PER CURIAM.

Rico Ricardo Paul appeals the judgment entered upon a jury verdict convicting him of one count of first-degree murder, one count of armed criminal action, and one count of attempted first-degree burglary. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).